CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

ARA SAHELIAN (SBN: 169257)
sahelianlaw@me.com
SAHELIAN LAW OFFICES
23276 South Pointe, 216
Laguna Hills, CA 92653
Telephone: (949) 859-9200
Facsimile: (949) 572-3143
Attorney for Defendant
Y. Kim, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>  Plaintiff,<br><br>  v.<br><br>Y. KIM, LLC, a California Limited Liability Company; and Does 1-10,<br><br>  Defendant. | Case: 2:20-CV-01390-PA-AGR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

1  This stipulation is made as the matter has been resolved to the satisfaction of
2  all parties.
3
4
5  Dated: March 24, 2021          CENTER FOR DISABILITY ACCESS
6
7                                 By:   /s/Amanda Seabock
                                        Amanda Seabock
8                                       Attorney for Plaintiff
9
10
11 Dated: March 24, 2021          SAHELIAN LAW OFFICES
12
13                                By:   /s/Ara Sahelian
                                        Ara Sahelian
14                                      Attorney for Defendant
                                        Y. Kim, LLC
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Ara Sahelian, counsel for Y. Kim, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: March 24, 2021          CENTER FOR DISABILITY ACCESS

By:   /s/Amanda Seabock
          Amanda Seabock
          Attorney for Plaintiff